FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2016 JUL 11 PM 4: 12

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TRACY PAYTON, | |
| STATE OF GEORGIA, *ex rel.* TRACY PAYTON, | Civil Action No. CV 416-102 |
| STATE OF CALIFORNIA, *ex rel.* TRACY PAYTON, | |
| STATE OF COLORADO, *ex rel.* TRACY PAYTON, | **UNDER SEAL** |
| STATE OF CONNECTICUT, *ex rel.* TRACY PAYTON, | |
| STATE OF FLORIDA, *ex rel.* TRACY PAYTON, | |
| STATE OF ILLINOIS, *ex rel.* TRACY PAYTON, | |
| STATE OF LOUISIANA, *ex rel.* TRACY PAYTON, | |
| STATE OF MASSACHUSETTS, *ex rel.* TRACY PAYTON, | |
| STATE OF NEW JERSEY, *ex rel.* TRACY PAYTON, | |
| STATE OF NEW YORK, *ex rel.* TRACY PAYTON, | |
| STATE OF NORTH CAROLINA, *ex rel.* TRACY PAYTON, | |
| STATE OF TEXAS, *ex rel.* TRACY PAYTON, | |
| STATE OF VIRGINIA, *ex rel.* TRACY PAYTON, | |

| | )|
|---|---|
|STATE OF WASHINGTON, *ex rel.*| )|
|TRACY PAYTON,| )|
| | )|
| | )|
|Plaintiffs,| )|
| | )|
|v.| )|
| | )|
|PEDIATRIC SERVICES OF AMERICA, INC.,| )|
|*et al.*| )|
| | )|
|Defendants.| )|

## ORDER

The United States and the State of Georgia ("the Government") having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) and the Georgia Medicaid False Claims Act, O.C.G.A. § 49-4-168.2(c)(4)(B), with the other thirteen named states joining in the Notice of Election to Decline Intervention, the Court rules as follows:

IT IS ORDERED that,

1. The complaint, this Order, and the Government's Notice of Election to Decline Intervention be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and will not be made public or served upon the defendants;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all filings in this action, including supporting memoranda, upon the Government. The Government may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the Government;

6. All orders of this Court shall be sent to the Government; and

7. Should the relator or defendants propose that this action be dismissed, settled, or otherwise discontinued, except by voluntary dismissal without prejudice by the relator—to which the Government has already consented—the Court will solicit the written consent of the Government before ruling or granting its approval.

*[signature: Smith]*
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Dated: 7-11-16