UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. CV416-102 |
| ) | |
| PEDIATRIC SERVICES OF AMERICA, INC., ) et al., | |
| ) | |
| Defendants. ) | |

## O R D E R

The Court having reviewed and considered the petition of Raymond L. Moss of the law firm of Moss & Gilmore LLP, 3630 Peachtree Road, N.E., Suite 1025, Atlanta, Georgia 30326, for permission to appear pro hac vice on behalf of plaintiff Tracy Payton, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Raymond L. Moss as counsel of record for plaintiff Tracy Payton, in this case.

**SO ORDERED** this __29th__ day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA