UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. TRACY PAYTON et al., <br><br> Plaintiffs, <br> v. <br><br> PEDIATRIC SERVICES OF AMERICA, et al., <br><br> Defendants. | Case No. CV416-102 |

## ORDER

The Court having reviewed and considered the petitions of Laura Kolesar Gura, Sara Lindsey Lonergan; Kristen Pollock McDonald; and Rebekah N. Plowman of the law firm of Jones Day, 1420 Peachtree Street, N.E., Suite 800, Atlanta, Georgia 30309, for permission to appear pro hac vice on behalf of plaintiffs United States of America ex rel. Tracy Payton et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Laura Kolesar Gura, Sara Lindsey Lonergan; Kristen Pollock McDonald; and Rebekah N. Plowman as counsel of record for plaintiffs United States of America ex rel. Tracy Payton et al., in this case.

**SO ORDERED** this __27th__ day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA