UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TRACY PAYTON, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV416-102 |
| PEDIATRIC SERVICES OF AMERICA, INC. *et al.*, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The above-styled matter is presently before the Court on a Joint Motion to Stay discovery filed on November 3, 2016.

Having reviewed the arguments as set forth in the parties' pleading, this Court finds that the Joint Motion to Stay is **GRANTED**. The parties' deadline to confer pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26.1, as well as discovery in this matter, is stayed until the Court rules on the pending motion to dismiss.

**SO ORDERED,** this  22nd  day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA